1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:     (916) 554-2709
   Facsimile:     (916) 448-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

**FILED**

AUG 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:      )   S.W. NO. 2:11-SW-346 EFB
                                         )
12                                       )
                                         )
13  2006 WHITE TOYOTA RAV-4, LICENSE     )   **ORDER RE: REQUEST TO SEAL**
    PLATE NUMBER 5WPC487, REGISTERED     )   **DOCUMENTS**
14  OWNER SOBOL BUTH OR LINCA BUTH       )
    WITH A VEHICLE IDENTIFICATION        )
15  NUMBER OF JTMBK34V965012055          )
    REGISTERED TO THE ADDRESS OF 7752    )
16  QUINBY WAY, SACRAMENTO, CA 95823     )

17
        Upon application of the United States of America and good cause having been shown,

18
        IT IS HEREBY ORDERED that the search warrant, application for search warrant, complaint, and
19
    arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any
20
    person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be
21
    left at the scene of the search.
22

23  Date:  August 16, 2011

24

25                          _____
                            EDMUND F. BRENNAN
26                          UNITED STATES MAGISTRATE JUDGE

27

28

                              1          Order  Re: Request to Seal Documents